UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ROBERT HAIN,           )
                       )
        Plaintiff,  )
                       )   2:10-cv-00153-JCM-LRL
v.                     )
                       )   **O R D E R**
BRIAN WILLIAMS, SR., *et al.*,   )
                       )
        Defendants. )
_____)

    Before the court is plaintiff's Motion for Relief from Judgment for Clerical Mistakes (#16). Plaintiff asks the court to reconsider the portion of its Order (#15) denying plaintiff's Motion for Court Order to Effect U.S. Marshal Service upon Defendants (#14). Through his Motion (#16), plaintiff asserts that since the defendants did not oppose his Motion (#14), pursuant to LR 7-2(d), the court should have granted it.

    In denying that portion of plaintiff's motion (#14) seeking an order requiring the U.S. Marshal to serve summonses and complaints on named defendants, the court explained that service of a summons and complaint at government expense by the U.S. Marshal is afforded only to plaintiffs who have been granted *in forma pauperis* status by the court upon proof of indigence. S*ee* 28 U.S.C. § 1915(a). Becasue plaintiff had not been granted *in forma pauperis* status, the court directed the Clerk of Court to send an Application to Proceed *In Forma Pauperis* to plaintiff. To date, plaintiff has not filed an Application to Proceed *In Forma Pauperis*. For that reason the court denied plaintiff's Motion for Court Order to Effect U.S. Marshal Service upon Defendants. Accordingly,

. . .

. . .

. . .

IT IS ORDERED that plaintiff's Motion for Relief from Judgment for Clerical Mistakes (#16) is denied.

DATED this 20th day of September, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2