# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HAIN,

        Plaintiff,

vs.

BRIAN WILLIAMS, SR., *et al.*,

        Defendants.

Case No. 2:10-cv-00153-JCM-GWF

**ORDER**

Motion for Extension (#24)

This matter is before the Court on Defendants' Motion for Extension of Time (#24), filed February 9, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants request a 45 day extension of time to respond to Plaintiff's Civil Rights Complaint in order to obtain additional information and affidavits. The Court finds Defendants have shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time (#24) is **granted**. Defendants' response to Plaintiff's Complaint is due on or before **April 4, 2011**.

DATED this 15th day of February, 2011.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**