# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HAIN,

    Plaintiff,

vs.

BRIAN WILLIAMS, SR., et al.,

    Defendants.

Case No. 2:10-CV-00153-JCM-(LRL)

**ORDER**

    Presently before the court is defendants' motion to file exhibits in support of their motion for summary judgment *in camera*. (Doc. #28). Specifically, Exhibit B to the motion is a portion of plaintiff's dental records, which are confidential pursuant to NRS 629.061 and Administrative Regulation 639. The plaintiff here has not waived that confidentiality. Defendants also note that the plaintiff has been discharged from custody at the Nevada Department of Corrections but has failed to file a forwarding address. Accordingly, the defendants will not be sending a copy of the exhibits to the High Desert State Prison, but rather will forward them to plaintiff directly when he provides a current address to the court.

    Good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to file exhibits *in camera* (doc. #28) is GRANTED.

    DATED April 27, 2011.

_____
UNITED STATES DISTRICT JUDGE